UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON
CASE NO. 11-cv-00125-DLB

THOMAS H. DIERIG                                               PLAINTIFF

v.

LEES LEISURE IND LTD, ET AL                          DEFENDANTS

---

### AFFIDAVIT AND NOTICE OF SERVICE OF COMPLAINT

---

Comes now the Ed W. Tranter, counsel for Plaintiff, Thomas Dierig, after being duly cautioned and sworn, and states, pursuant to Fed. R. Civ. P. 4(l) that service upon the Defendant, Lees Leisure Ind Ltd. has been made be sending two (2) copies of the Complaint and Summons, to the said Defendant at Buena Vista Industrial Park, 11619 115th Avenue, P. O. Box 1330, Osoyoos, British Columbia, Canada VOH 1VO, by international registered U.S. Mail, an acceptable method of direct service, return receipt requested, and that per the return receipt, said mailing was received by said Defendant, and per the attached "Track & Confirm" information from the United States Postal Service, said mailing was delivered on July 8, 2011.

Respectfully submitted,

*/s/ Ed W. Tranter*

**ED W. TRANTER**
Counsel for Plaintiffs
33 North Ft. Thomas Ave.
Ft. Thomas, KY 41075
Tel: (859) 781-5700
Fax: (859) 781-6309
edwtranter@aol.com

COMMONWEALTH OF KENTUCKY
                                      ss:
COUNTY OF CAMPBELL

     Subscribed and acknowledged before me, a Notary Public, by the said Ed W. Tranter, on this 20th day of July, 2011.

                                                                              _Kelly McDaniel_
                                                      NOTARY PUBLIC, Kentucky
                                                      State at Large
                                                      ID No. 412442

My Commission expires:
     1/25/2014