| | Registered No. RE580409370US | | Date Stamp | |
|---|---|---|---|---|
| **To Be Completed By Post Office** | Reg. Fee $11.50 | | | |
| | Handling Charge $0.00 | Return Receipt $2.30 | JUN 28 2011 FT THOMAS KY 41075 | |
| | Postage $2.30 | Restricted Delivery $0.00 | | |
| | Received by | | | |
| | Customer Must Declare Full Value $ $0.00 | Domestic Insurance up to $25,000 is included based upon the declared value. International Indemnity is limited. (See Reverse). | | |

OFFICIAL USE

**FROM:** 41075
Ed Tranter
33 North Ft. Thomas Ave.
Ft. Thomas, Ky 41075

**TO:** Lees Leisure Ind Ltd.
Buena Vista Industrial Park
11619 115th Street P.O. Box 1330 VOH IVO
Osoyoos, British Columbia, Canada

PS Form **3806**, Receipt for Registered Mail    Copy 1 - Customer
May 2007 (7530-02-000-9051)    (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com®

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Lees Leisure Ind Ltd.
Buena Vista Industrial Park
11619 115th Street
P.O. Box 1330
Osoyoos, British Columbia
Canada   VOH IVO

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Brenden Kralybaba    ☐ Agent   ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☒ Registered    ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)    RE 580 609 370 US

PS Form **3811**, February 2004    Domestic Return Receipt    102595-02-M-1540